UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. **CV 11-4373-VBF(VBKx)**                    Dated: **July 8, 2011**

Title:   Ana M. Hanson, et al. -*v*- Crown Builders, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

    Joseph Remigio                          None Present
    Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                            None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER DISMISSING ACTION**


    In light of the Motion To Dismiss Complaint (dkt. 6), the Court
hereby DISMISSES this action in its entirety.

    All future dates are vacated and this matter is closed.


MINUTES FORM 90                    Initials of Deputy Clerk ___jre___
CIVIL - GEN